IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GARRICK JOHN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D14-2995

DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

Opinion filed February 24, 2015.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Garrick John, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer Parker, General Counsel,
Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

RAY, MAKAR, and BILBREY, JJ., CONCUR.